# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELLEE BOWIE

VERSUS

FAMILY DOLLAR STORES OF
LOUISIANA, LLC AND/OR FAMILY
DOLLAR STORES, INC., FD
GROUP 8, LLC, GRB SERVICE
SYSTEMS, INC. (DBA
SOUTHWESTERN SERVICES), ABC
INSURANCE COMPANY AND JOHN
DOE

NO.  2026 CW 0505

**AUGUST 10, 2026**

---

In Re:    Family Dollar Stores of Louisiana, LLC and Family Dollar
          Stores, Inc., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          721605.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

                         MRT
                         WIL
                         SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT